Daniel F. Paige, Esq. (DP 5544)
John Grimmer & Associates
*Attorney for Plaintiffs*
Fruit Importers Americas, Inc. and
Truisfruit, S.A.
54 West 40th Street
New York, New York 10018
(646) 455-3090
paige@jgrimmer.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FRUIT IMPORTERS AMERICAS, INC., and
TRUISFRUIT, S.A.

                        Plaintiff,

Case No. 15 Civ. 2229 (RRM/RLM)

  -against-

ECF Case

ESPOSITO BROTHERS INC., d/b/a
J. ESPOSITO & SONS, ANTHONY ESPOSITO, JR.,
individually and in his corporate capacity,
JERRY C. ESPOSITO, individually and in his
corporate capacity, VINCENT J. ESPOSITO,
individually and in his corporate capacity,
and DOES 1-10, individually
and in their corporate capacity,

**NOTICE OF CHANGE
OF ADDRESS**

                        Defendants.
-------------------------------------------------------------X

TO:  THE ATTORNEYS SERVICES CLERK AND ALL PARTIES:

     Pursuant to Local Civil Rule 1.3 of this Court, please take notice of the following attorney information change for the undersigned:

OLD FIRM ADDRESS:    John Grimmer & Associates
                                   One Battery Park Plaza, 18th Floor
                                   New York, New York 10004
                                   Ph: (212) 837-6663
                                   Fx:  (212) 837-6246

NEW FIRM ADDRESS:      John Grimmer & Associates
                       54 West 40th Street
                       New York, New York 10018
                       Ph: (646) 455-3090
                       Fx: (845) 265-5512


I will continue to be counsel of record on the above-entitled case.

Dated: New York, New York
       April 21, 2015

                                              Respectfully submitted,


                                        /S/_____
                                        Daniel F. Paige, Esq. (DP 5544)
                                        John Grimmer & Associates
                                        *Attorney for Plaintiffs*
                                        Fruit Importers Americas, Inc. and
                                        Truisfruit, S.A.
                                        54 West 40th Street
                                        New York, New York 10018
                                        (646) 455-3090
                                        paige@jgrimmer.com